UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ROBERT D. NEAL,                      )
                                     )
                Plaintiff,           )
                                     )
        v.                           )     Civil Action No.   12 1212
                                     )
THOMAS R. KANE,                      )
                                     )
                Defendant.           )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint.  The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a prisoner who currently is incarcerated at the Federal Correctional Institution in Terre Haute, Indiana.  He alleges to have "suffered mightily at the hands of this Defendant," Compl. ¶ 8, the Deputy Director of the Federal Bureau of Prisons, who has breached a settlement agreement, *see id.* at 7.  Missing from the Complaint are any allegations with respect to the nature or content of the settlement agreement.  Nor does the Complaint specify the "bad acts," *id.*, that defendant allegedly has committed.

As drafted, the Complaint fails to comply with Rule 8(a), and it will be dismissed.  An Order consistent with this Memorandum Opinion is issued separately.


_____
United States District Judge

DATE:   7/16/12

2